
EXHIBIT B

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Roger G. Doomes
33 Park Ave., Apt. 1
White Plains, NY 10603

| | |
|---|---|
| Invoice # | **20099** |
| Invoice Date | **09/25/2015** |
| For Services Through | **09/25/2015** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| **In Reference To:** | | **POC challenges (Service)** | | |
| 07/09/2015 | HBB | *Phone Call*<br>Multiple telephone calls to Ascension July 9, 2015; finally talked to representative who put me on hold numerous times; no record of payments by Ascension and they will not attempt to acquire same. | 1.20 at $ 375.00/hr | $ 450.00 |
| 07/25/2015 | HBB | *Draft*<br>Ascension POC Challenge:Research amount owed in 2011 CH 13 and pulled POC; pulled POC from recent filing; Pulled Trustee final report; drafted motion, notice of motion and affidavit re: POC challenge. Drafted Proposed order. | 2.50 at $ 375.00/hr | $ 937.50 |
| 07/26/2015 | HBB | *Correspondence*<br>Reviewed Americredit POC re car that was surrendered. It was filed as secured although as to Debtor it is not secured. Need to amend POC objection. | 0.50 at $ 375.00/hr | $ 187.50 |
| 08/30/2015 | HBB | *Draft*<br>Revised POC Objection; added case law and exhibits; | 1.00 at $ 375.00/hr | $ 375.00 |
| 09/08/2015 | CO | *Other*<br>prep and submission of motion to Certificate of Service | 0.25 at $ 90.00/hr | $ 22.50 |
| 09/16/2015 | HBB | *04.3 Case Administration-POC issues*<br>Hearing; 1 hour of court time anticipated; in addition to finalizing order and uploading order. | 1.00 at $ 375.00/hr | $ 375.00 |
| **In Reference To:** | | **POC challenges (Expenses)** | | |
| 09/08/2015 | CO | *Certificate of Service-mailing*<br>service of poc challenge | $54.04 | $ 54.04 |
| 09/25/2015 | CO | *Mailing/Postage*<br>copy pages and mailing of fee application | $47.00 | $ 47.00 |

Total Hours:   6.45 hrs
Total Service: $ 2,347.50
Total Expenses:   $ 101.04
**Total Invoice Amount: $ 2,448.54**
**Previous Balance:       $ 0.00**
**Balance (Amount Due): $ 2,448.54**