UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────x

In re:                                                    Chapter 13
                                                          Case No. 15-22204
    Roger G. Doomes

                    Debtor(s)

───────────────────────────────x

## ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

      Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application(s)") for professional services rendered and expenses incurred during the period commencing January 19, 2015 through September 25, 2015; and a hearing having been held before this court to consider the Application(s) on October 28, 2015; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

      ORDERED that the Application(s) is /are granted to the extent set forth in the attached Schedules.[1]


Dated:  White Plains, New York
           _____, 2015


                                              United States Bankruptcy Judge
                                              Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13.  Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.:                           CURRENT INTERIM FEE PERIOD                         Schedule A
Case Name:                                  [Insert Date Range]

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Revised September 2011                 DATE ON WHICH ORDER WAS SIGNED: _____                INITIALS: _____USBJ

Case No.:15-22204  
Case Name: Roger Doomes

FINAL FEE APPLICATION TOTALS  
January 19, 2015 through September 25, 2015

Schedule B

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $4,610 | $810 | $310 | $310 |

Revised September 2011　　　DATE ON WHICH ORDER WAS SIGNED: _____　　　INITIALS: _____USBJ

Case No.: 15-22204  
Case Name: Roger G. Doomes

# Chapter 13 Fee Application
January 19, 2015 through September 25, 2015

Schedule C

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| H. Bruce Bronson | $810 | $810 | $1,500 | $310 | $2,300 (plus $1,500 base) | $0 | $2,300 | $0 |

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: _____     INITIALS: _____USBJ

Case No.: 15-22204

Chapter 13 Fee Application

Schedule C