**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
  /s/ Robert D. Drain                              x

In re:                                                Chapter 13
                                                   Case No. 15-22204
                                                           (RDD)
    Roger G. Doomes

                 Debtor

                                                   x

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

      Upon consideration of the Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") under 11 U.S.C. §§330 and 363(b) for professional services rendered and expenses incurred by counsel for the debtor herein from January 19, 2015 through September 25, 2015; and a hearing having been held before this court to consider the Application on October 28, 2015; and due notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby

      ORDERED that the Application is granted to the extent set forth in the attached Schedule "C" as an administrative expense under 11 U.S.C. § 507(a)(2)

Dated:  White Plains, New York
          November 3, 2015

                                                                    /s/ Robert D. Drain
                                                                United States Bankruptcy Judge
                                                                Southern District of New York

Case No.: 15-22204  
Case Name: Roger G. Doomes

Chapter 13 Fee Application  
January 19, 2015 through September 25, 2015

Schedule C

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| H. Bruce Bronson | $810 | $810 | $1,500 | $310 | $2,300 (plus $1,500 base) | $0 | $2,300 | $0 |

Date Order Signed: 11/3/2015

Initials: RDD USBJ

Revised September 2011

DATE ON WHICH ORDER WAS SIGNED: _____

INITIALS: _____ USBJ